UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH CLAEYS,

        Plaintiff,

                                Case No. 1:06-cv-917

v.

                                Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 14, 2008, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED.  Plaintiff's claim for Supplemental Security Income is denied.

Dated:  <u>March 7, 2008</u>                       <u>/s/ Wendell A. Miles</u>
                                             Wendell A. Miles
                                             Senior U.S. District Judge